UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HOUSEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. CATES, et al.,<br><br>　　　　　Defendant. | No.  2:13-cv-0887 CKD P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has consented to this court's jurisdiction.  (ECF No. 4.)  By order filed June 12, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  Plaintiff was advised that failure to file an amended complaint would result in the dismissal of this action.  (ECF No. 5.)  The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

　　　Accordingly,  IT IS HEREBY ORDERED that this action is dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  August 8, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / hous0887.fta

1