UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL HOUSEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. CATES, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0887 CKD P<br><br><br>ORDER |

On November 12, 2015, plaintiff filed a first amended complaint in this action, along with a letter explaining that he originally mailed the amended complaint on April 23, 2014, but it was never received by the court. (ECF Nos. 14 & 15.) The amended complaint is signed and dated April 10, 2014. (ECF No. 14 at 4.)

However, this action was closed on August 9, 2013, months before plaintiff mailed the first amended complaint. (ECF No. 9.) Plaintiff is advised that documents filed since the closing date will be disregarded, and no orders will issue in response to future filings.

Dated: November 17, 2015

　　　　　　　　　　　　　　　　　　／s／ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2 / hous0887.58